

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00364-CV

SHERYL BUCHANAN                                                    APPELLANT

V.

AMERICAN HOME MORTGAGE                                            APPELLEE
SERVICING, INC.

------------

FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

----------

Appellant Sheryl Buchanan, acting pro se, attempts to appeal from the "Order Granting Defendant's Motion For Final Summary Judgment," which was signed August 20, 2010. Buchanan filed a document entitled "Motion For New Trail" [sic] on September 23, 2010, more than thirty days after the final judgment, but the document was merely the order form for a motion for new trial along with

---

[1]*See* Tex. R. App. P. 47.4.

an affidavit and exhibits. On October 15, 2010, Buchanan filed a second document entitled "Motion For New Trail" [sic] and her notice of appeal. *See* Tex. R. App. P. 26.1 (providing that notice of appeal is generally due within thirty days after judgment is signed).

On October 19, 2010, because it appeared that the motion for new trial was filed after its September 20, 2010 due date and was untimely, depriving this court of jurisdiction, we notified Buchanan of our concern and requested that she advise us whether she had mailed the motion for new trial on or before its due date. *See* Tex. R. App. P. 25.1, 26.1 (providing, together, that appellate court has jurisdiction over timely filed notice of appeal). Buchanan did not respond.

Accordingly, because Buchanan's motion for new trial was late, it did not extend her deadline for filing the notice of appeal. *See* Tex. R. App. P. 26.1. The notice of appeal remained due September 20, 2010, but it was not filed until October 15, 2010. *See* Tex. R. App. P. 26.1. Because the notice of appeal was untimely, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 26.1, 42.3(a), 43.2(f).

SUE WALKER
JUSTICE

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: November 24, 2010